Scott R. Lovernick, Esq. (CA State Bar No. 233755)
Jeffrey E. Gewirtz, Esq. (GA State Bar No. 292434)
JEFFREY SCOTT LLP
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111
Email: scott@jeffreyscottllp.com
Telephone: (415) 216-9190
Facsimile: (888) 387-7132

Attorneys for Plaintiff
MARCOS MONZON

T.R. Sugano, Esq. (CA State Bar No. 54654)
KORSHAK, KRACOFF, KONG & SUGANO LLP
2430 J Street
Sacramento, CA 95816
Email: TRS@kkks.com
Telephone: (916) 441-6255
Facsimile: (916) 448-8435

Attorneys for Defendant
SOUTHERN WINE & SPIRITS OF CALIFORNIA,
a division of SOUTHERN WINE & SPIRITS OF
AMERICA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARCOS MONZON,<br><br>    Plaintiff,<br><br>    v.<br><br>SOUTHERN WINE & SPIRITS OF CALIFORNIA, a division of SOUTHERN WINE & SPIRITS OF AMERICA, INC., a Florida corporation,<br><br>    Defendant. | Case No. 3:11-CV-01527-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Trial Date: None Set |

1    IT IS HEREBY STIPULATED AND AGREED UPON by the parties and
2 their respective counsel of record that the Initial Case Management Conference
3 ("CMC"), presently set for July 8, 2011 at 8:30 a.m., be continued to allow the Court to
4 hear and issue a ruling on the pending Motion to Dismiss or Alternatively, To Compel
5 Arbitration and To Stay The Action and provide the parties an opportunity to prepare an
6 Initial CMC Statement and Discovery Plan once the Court rules upon the motion. The
7 hearing on the Motion to Dismiss was originally set for June 17, 2011 and was
8 continued by the Court to July 15, 2011. Until the motion is ruled on, it would be difficult
9 for the parties to separate the issues to address before the Court in a Case
10 Management Conference. The parties have also agreed to extend the time for filing
11 initial disclosures in accordance with the new Case Management Conference date.
12    Good cause exists to continue the CMC on the following grounds. First, the
13 parties' attorneys recently attended a meet and confer conference to develop a Joint
14 Case Management Conference Statement. However, the attorneys were unable to
15 complete the meet and confer conference as the status of the pleading is unclear in light
16 of the pending Motion to Dismiss. In particular, the parties were unable to discern what
17 pertinent factual and legal issues will be in dispute in this litigation as the outcome of the
18 pending Rule 12 motion may alter the number of the causes of action or the number of
19 defendants in this case. Second, the parties were unable to develop a Joint Discovery
20 Plan as the claims may be impacted by the pending motion. As a result, the preparation
21 of a Joint CMC Statement and Discovery Plan would be premature until the ruling on
22 the Motion to Dismiss. Finally, the parties are not making this request for any improper
23 purpose, including delay. Instead, the parties are making this request in order to
24 promote judicial economy, including avoiding an unnecessary Initial CMC hearing in
25 which the parties are unable to address the pertinent issues to develop a discovery plan
26 and narrow the factual and legal issues for discovery and trial.
27 ///
28 ///

SO STIPULATED.

Dated: 6/28/2011

JEFFREY SCOTT LLP

By: _____
Scott R. Lovernick
Attorneys for Plaintiff Marcos Monzon

Dated: 6/29/11

KORSHAK, KRACOFF, KONG & SUGANO LLP

By: _____
T.R. Sugano, Esq.
Attorneys for Defendant
Southern Wine & Spirits of California, Inc., a division of Southern Wine & Spirits of America, Inc.

### [PROPOSED] ORDER

IT IS SO ORDERED. The Court finds that good cause exists to continue the Initial Case Management Conference. The Initial Case Management Conference is continued from July 8, 2011, to ___August 19___, 2011, at __8:30__ a.m. in Courtroom 8, 19th Floor, San Francisco, California.

DATED: __July 5__, 2011

_____
District Judge Charles R. Breyer

*IT IS SO ORDERED — Judge Charles R. Breyer* (seal)