IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS MONZON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SOUTHERN WINE & SPIRITS OF CALIFORNIA,<br><br>　　　　Defendant. | No. C 11-01527 CRB<br><br>**JUDGMENT** |

　　Having granted Defendant's Motion to Dismiss, the Court hereby enters judgment in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: July 22, 2011

　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\1527\judgment.wpd